# Starr *v.* Philadelphia Transportation Company, Appellant.

560

Argued December 14, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*E. P. Balderston, Jr.,* with him *J. Allen Hodge,* and *Aaron W. White,* for appellant.

*C. Norwood Wherry,* for appellee.

OPINION PER CURIAM, March 24, 1960:

The judgment of the Court of Common Pleas of Delaware County is affirmed upon the opinion of President Judge HENRY G. SWENEY, for the court en banc, discharging the defendant's motion for judgment non obstante veredicto. See also: *Denver v. Sharpless*, 191 Pa. Superior Ct. 554, 159 A. 2d 7 (1960).

Judgment affirmed.